**FILED**

October 13, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )        Case No. CR.S-05-0402-DFL
              Plaintiff,          )
                                 )
v.                               )        ORDER FOR RELEASE OF
                                 )        PERSON IN CUSTODY
DARREN MC WAINE,                 )
                                 )
              Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DARREN MC WAINE, Case No.

CR.S-05-0402-DFL, Charge, Mail Fraud, from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

   ___    Release on Personal Recognizance

   ___    Bail Posted in the Sum of $_____

          ___    Unsecured Appearance Bond *(150,000)*

          ___    Appearance Bond with 10% Deposit

          ___    Appearance Bond with Surety

          ___    Corporate Surety Bail Bond

          ___    (Other)    _____

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 13, 2005  at  2:25 p.m.  .

                              By  /s/ Peter A. Nowinski
                              _____
                              Peter A. Nowinski
                              United States Magistrate Judge