QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    **OK/HAV**


Attorney for Defendant
DARREN MCWAINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-0402 DFL |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| | ) |
| DARREN MCWAINE, | ) Date: December 15, 2005 |
| | ) Time: 10:00 A.M. |
| | ) |
| | ) Judge: Hon. David F. Levi |
| Defendant. | ) |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of November 10, 2005 be vacated and a new Status Conference date of December 15, 2005 at 10:00 a.m. be set.

Defense counsel has just received discovery in this case and will need time to review it and discuss it with the client. There is voluminous discovery in this case including 21 binders of materials.

It is further stipulated and agreed between the parties that the period beginning November 10, 2005 to December 15, 2005, should be

1  excluded in computing the time within which the trial of the above

2  criminal prosecution must commence for purposes of the Speedy Trial Act

3  for defense preparation.  All parties stipulate and agree that this is

4  an appropriate exclusion of time within the meaning of Title 18, United

5  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends

6  of justice to be served by a continuance outweigh the best interests of

7  the public and the defendant in a speedy trial.

8  Dated: November 8, 2005

9                                    Respectfully submitted,

10                                   QUIN DENVIR
                                     Federal Defender

11

12                                   _____/S/LINDA HARTER_____
                                     LINDA HARTER

13                                   Assistant Federal Defender
                                     Attorney for Defendant

14                                   DARREN MCWAINE

15
                                     MCGREGOR W. SCOTT

16                                   United States Attorney

17
    Dated: November 8, 2005

18                                   BY:   /S/ROBIN TAYLOR_____
                                     ROBIN TAYLOR

19                                   Assistant U.S. Attorney

20

21

22

23

24

25

26

27  Stipulation and order/Darren McWaine\Cr-S-05-402

28

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


DATED: 11/11/2005


_____
DAVID F. LEVI
United States District Judge

3