1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DARREN MCWAINE

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       ) No. CR-S-05-0402 DFL
11                                  )
               Plaintiff,           )
12                                  ) STIPULATION AND [PROPOSED ORDER]
       v.                           )
13                                  )
   DARREN MCWAINE,                  ) Date: January 26, 2006
14                                  ) Time: 10:00 A.M.
                                    )
15                                  ) Judge: Hon. David F. Levi
               Defendant.           )
16
   _____
17
        IT IS HEREBY STIPULATED by and between the parties hereto through
18
   their respective counsel, ROBIN TAYLOR, Assistant United States
19
   Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal
20
   Defender, attorney for defendant, that the current Status Conference
21
   date of December 15, 2005 be vacated and a new Status Conference date
22
   of January 26, 2006 at 10:00 a.m. be set.
23
        Defense counsel is conducting further investigation in this case.
24
   Additionally there is voluminous discovery in this case including 21
25
   binders of materials.
26
        It is further stipulated and agreed between the parties that the
27
   period beginning December 15, 2005 to January 26, 2006, should be
28

1  excluded in computing the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial Act
3  for defense preparation.  All parties stipulate and agree that this is
4  an appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
6  of justice to be served by a continuance outweigh the best interests of
7  the public and the defendant in a speedy trial.
8  Dated: December 14, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                                /S/LINDA HARTER
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DARREN MCWAINE


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: December 14, 2005
                                        BY:    /S/ROBIN TAYLOR
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney

Stipulation and order/Darren McWaine\Cr-S-05-402

2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 12/19/2005

_____
DAVID F. LEVI
United States District Judge