DENNIS WAKS, Bar #142581
Acting Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700            **OK/HAV**

Attorney for Defendant
DARREN MCWAINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0402 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| DARREN MCWAINE, ) | Date: February 16, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 26, 2006 be vacated and a new Status Conference date of February 16, 2006 at 10:00 a.m. be set.

Defense counsel is conducting further investigation in this case. Additionally there is voluminous discovery in this case including 21 binders of materials.

It is further stipulated and agreed between the parties that the period beginning January 26, 2006 to February 16, 2006, should be

1  excluded in computing the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial Act
3  for defense preparation.  All parties stipulate and agree that this is
4  an appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
6  of justice to be served by a continuance outweigh the best interests of
7  the public and the defendant in a speedy trial.

Dated: January 25, 2006

                                     Respectfully submitted,

                                     DENNIS WAKS
                                   Acting Federal Defender


                                   _____/S/LINDA HARTER_____
                                   LINDA HARTER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DARREN MCWAINE


                                   MCGREGOR W. SCOTT
                                   United States Attorney

Dated: January 25, 2006
                                   BY:____/S/ROBIN TAYLOR_____
                                   ROBIN TAYLOR
                                   Assistant U.S. Attorney

Stipulation and order/Darren McWaine\Cr-S-05-402

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 1/31/2006

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Darren McWaine/Cr-S-05-402